# SUMMONS

## IN THE STATE OF ILLINOIS, CIRCUIT COURT

☐ **Alias Summons**
*Check if this is not the 1ˢᵗ Summons issued for this Defendant/Respondent.*

**COUNTY:** Will
*County Where You Are Filing the Case*

*Enter the case information as it appears on your other court documents.*

**PLAINTIFF/PETITIONER OR IN RE:** Aaron McKinnon
*Who started the case.*      *First, Middle, and Last Name, or Business Name*

**DEFENDANTS/RESPONDENTS:** Amazon Web Services, Inc.
*Who the case was filed against.*      IL Corp 801 Adlai Stevenson
*First, Middle, and Last Name, or Business Name*

**2026LA000376**
**Case Number**

## The Defendant/Respondent named above has been sued. Read this form for information about how to respond to this lawsuit. Also see page 4 for next steps.

**For the person filling out this form: Read all instructions in this box.**

This *Summons* can only be used for certain types of cases. See the *How To Serve a Summons* Instructions for more information: ilcourts.info/how-to-summons.

Check 1 if this is a 30-day summons or check 2 if this is a date certain summons. Fill in all the information in 1 or 2.

- Use a **date certain summons** if you are asking for money of $50,000 or less or recovery of your personal property that you think the Defendant has, and for some mandatory arbitration cases. In 2, fill in your court date and how to go to court. You may get the court date when you e-file or you may need to ask the Circuit Clerk's office.

- Use a **30-day summons** for most other case types.

Complete the rest of the form with the Defendant/Respondent's information and information about the lawsuit.

**If you are suing more than 1 Defendant/Respondent**, attach an *Additional Defendant/Respondent Address and Service Information* form for **each** additional Defendant/Respondent.

## ☑ 1. 30-DAY SUMMONS

To participate in this case, you must **file** your *Appearance* and *Answer/Response* forms with the court within 30 days after you are served with this *Summons* (not counting the day of service) by e-filing or at:

Court Address: 100 W Jefferson St, Joliet, IL 60432
*Courthouse Street Address*

**- or -**

## ☐ 2. DATE CERTAIN SUMMONS

*Your court date is listed below. Information about getting a court date and how to attend is available from the Circuit Clerk. You can find their contact information at ilcourts.info/clerks.*

To respond to this *Summons*, you must **attend court** in one of the ways checked below on:

_____ at _____ ☐ a.m. ☐ p.m. in _____.
*Month, Day, Year*                *Time*                          *Courtroom Number*

Case Number **2026LA000376**

## Going to Court for a Date Certain Summons

Court dates may be in-person, remote, or a combination of in-person and remote.

☐ **In person at:** _____
              *Courtroom Address*                          *Courtroom Number*

☐ **Remotely** (video or telephone)

    **By video conference** at: _____
                         *Video Conference Website*

    Log-in information: _____
             *Video Conference Log-in Information, Meeting ID, Password, etc.*

    **By telephone** at: _____
                 *Call-in Number for Telephone Remote Appearance*

To find out more about remote court options:

Phone: _____ or Website: _____
    *Circuit Clerk's Phone Number*                      *Website URL*

## 3. ADDITIONAL INFORMATION ABOUT THE LAWSUIT

**Greater than**

a. I am asking for the following amount of money in my *Complaint/Petition*: $ 75,000.01 _____.
                                       *(Enter 0 if you are not asking for money)*

b. I am asking for the return of tangible personal property (items in the Defendant/Respondent's possession) in my *Complaint/Petition*.

    ☐ Yes   ☑ No

## 4. DEFENDANT/RESPONDENT'S INFORMATION

a. Number of Defendants/Respondents being served:

    ☑ I am having 1 Defendant/Respondent served and their information is on this form below.

    ☐ I am having more than 1 Defendant/Respondent served. The first is listed below. I have attached *Additional Defendant/Respondent Address and Service Information* forms for the following number of additional Defendants/Respondents: _____.
                                     *Number*

b. First Defendant/Respondent's **primary address/information** for service:

Name: Amazon Web Services, Inc. _____
    *First, Middle, and Last Name, or Business Name*

Registered Agent's Name *(if you are serving the Registered Agent of a business)*:

Illinois Corporation Service Company _____
    *First, Middle, and Last Name*

Street Address: 801 Adlai Stevenson Drive _____
    *Street, Apt #*

City, State, ZIP: Springfield, IL 62703 _____
    *City*                         *State*         *Zip*

Telephone: (206) 266-4064 _____ Email: _____

Case Number __2026LA000376__

c. **Second address** for this Defendant/Respondent:

☑ I do **not** have another address where the Defendant/Respondent might be found.

☐ I have another address where this Defendant/Respondent might be found. It is:

Street Address: _____
*Street, Apt #*

City, State, ZIP: _____
*City*                                          *State*                    *Zip*

Telephone: _____      Email: _____

d. Person who will serve your documents on this Defendant/Respondent:

☑ Sheriff in Illinois   ☐ Special process server   ☐ Licensed private detective

☐ Sheriff outside Illinois: _____
*County & State*

## PLAINTIFF/PETITIONER INFORMATION:

*Enter your information below.*

Name Heather L. Blaise _____
*First, Middle and Last Name*

Registered Agent's name, if any _____
*First, Middle and Last Name*

Street Address 1 N. State Street, Suite 1500 _____
*Street, Apt #*

City, State, ZIP: Chicago, IL 60602 _____
*City*                                          *State*                    *Zip*

Telephone: (312) 448-6602 _____      Email: hblaise@valklaw.com _____

Be sure to **check your email every day** so you do not miss important information, court dates, or documents from other parties.

**STOP** The Circuit Clerk and officer or process server will fill in this section.

**To be filled in by the Circuit Clerk:**

Witness this Date: ___4/17/2026 11:05___

Clerk of the Court: _Andrea Lynn Chasteen_

**To be filled in by an officer or process server:**

Date of Service: _____

*Fill in the date above and give this copy of the Summons to the person served.*

---

**Note to officer or process server:**

○ If **1** is checked, this is a 30-day *Summons* and must be served within 30 days of the witness date.

○ If **2** is checked, this is a date certain *Summons* and must be served at least 21 days before the court date, unless 3b is checked yes.

  ■ If **2** is checked **and 3b** is checked yes, the *Summons* must be served at least 3 days before the court date.

○ Fill in the date above and give this copy of the *Summons* to the person served.

○ You must also complete the attached *Proof of Service* form and file it with the court or return it to the Plaintiff.

Case Number _____ **2026LA000376**



# WHAT'S NEXT

## NEXT STEPS FOR PERSON FILLING OUT THIS FORM:

When you file a lawsuit, you must notify the person or business you are suing of the court case by having the *Summons* and Complaint or Petition delivered to them. This is called "serving" them.

File your *Summons* and Complaint or Petition with the Circuit Clerk in the county where your court case should be filed. The Circuit Clerk will "issue" the *Summons* by putting a court seal on the form.

Have the sheriff or a private process server serve the *Summons* and a copy of the Complaint or Petition on the Defendant/Respondent. You cannot serve the *Summons* yourself.



| Learn more about each step in the process and how to file in the instructions: ilcourts.info/how-to-summons. |
| --- |



## NEXT STEPS FOR PERSON RECEIVING THIS DOCUMENT:

**You have been sued:**
- Read all documents attached to this *Summons*.
- All documents referred to in this *Summons* can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.
- You may be charged filing fees, but if you cannot pay them, you can file an *Application for Waiver of Court Fees (Civil)*.
- When you go to court, it is possible that the court will allow you to attend the first court date in this case in-person or remotely by video or phone. Contact the Circuit Court Clerk's office or visit the Court's website to find out whether this is possible and, if so, how to do this.

**If Section 1 on page 1 of this *Summons* is checked (30-day summons):**
- You **must** file official documents called an *Appearance* and an *Answer/Response* with the court within 30 days of the date you were served with this *Summons*.
- If you do not file an *Appearance* and *Answer/Response* on time, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.
- After you fill out the necessary documents, you need to electronically file (e-file) them with the court. To e-file, you must create an account with an e-filing service provider. For more information, go to ilcourts.info/efile. If you cannot e-file, you can get an exemption that allows you to file in-person or by mail.
- You should be notified of any future court dates.

**If Section 2 on page 1 of this *Summons* is checked (date certain summons):**
- You **must** attend court on the date listed in Section 2 of this *Summons*.
- If you do not attend that court date, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.

**Need Help? ¿Necesita ayuda?**
- Call or text Illinois Court Help at 833-411-1121 or go to ilcourthelp.gov for information about going to court, including how to fill out and file documents.
- Llame o envíe un mensaje de texto a Illinois Court Help al 833-411-1121, o visite ilcourthelp.gov para obtener información sobre los casos de la corte y cómo completar y presentar formularios.
- You can also get free legal information and legal referrals at illinoislegalaid.org.
- If there are any words or terms that you do not understand, please **visit Illinois Legal Aid Online** at ilao.info/glossary. You may also find more information, resources, and the location of your local legal self-help center at: ilao.info/lshc-directory.

*Case Number* __2026LA000376__

# PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION

IN THE STATE OF ILLINOIS, CIRCUIT COURT

☐ **Alias Summons**

Check if this is not the 1ˢᵗ Summons *issued for this Defendant/Respondent.*

**COUNTY:** Will

*County Where You Are Filing the Case*

*Enter the case information as it appears on your other court documents.*

**PLAINTIFF/PETITIONER OR IN RE:** Aaron McKinnon

*Who started the case.*    *First, Middle, and Last Name, or Business Name*

**DEFENDANTS/RESPONDENTS:** Amazon Web Services, Inc.

*Who the case was filed against.*

*First, Middle, and Last Name, or Business Name*

__2026LA000376__

**Case Number**

🛑 **STOP** Do not complete the rest of the form. **The sheriff or special process server will fill in the form.**
Give them one copy of this blank *Proof of Service* form for each Defendant/Respondent who will be served.

My name is _____ and I state:

*Officer/Process Server First, Middle, Last Name*

## SERVICE INFORMATION

Defendant/Respondent: _____

*First, Middle, Last Name, or Business Name*

☐ I was not able to serve the *Summons* and Complaint/Petition on the Defendant/Respondent named above.

**- or -**

☐ I served the *Summons* and Complaint/Petition on the Defendant/Respondent named above as follows:

  ☐ **Personally** on the Defendant/Respondent:
    ☐ Male ☐ Female ☐ Non-Binary  Approx. Age: _____ Race: _____

    On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

    Address, Unit#: _____

    City, State, ZIP: _____

  ☐ On **someone else at the Defendant/Respondent's home** who is at least 13 years old and is a family member or lives there:
    Name of person served: _____
    *First, Middle, Last Name*
    ☐ Male ☐ Female ☐ Non-Binary  Approx. Age: _____ Race: _____

    On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

    Address, Unit#: _____

    City, State, ZIP: _____
    and by sending a copy to this Defendant/Respondent in a postage-paid, sealed envelope to the above

    address on this date: _____.

ATJ 1503.8                    Page 5 of 6                    (08/25)

Case Number __2026LA000376__

☐ On the **Business's agent:** _____
*First, Middle, Last Name*

☐ Male ☐ Female ☐ Non-Binary  Approx. Age: _____  Race: _____

On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____

## SERVICE ATTEMPTS

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

**First Attempt:** On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____
Other information about service attempt:

_____

_____

_____

**Second Attempt:** On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____
Other information about service attempt:

_____

_____

_____

**Third Attempt:** On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____
Other information about service attempt:

_____

_____

_____

---

**SIGN**

I certify under 735 ILCS 5/1-109 that:

1) everything in this document is true and correct, or I have been informed or I believe it to be true and correct, and

2) I understand that making a false statement on this form is perjury and has penalties provided by law.

Your Signature /s/ _____  Print Your Name _____

You are: ☐ Sheriff in Illinois                                ☐ Special process server
         ☐ Sheriff outside Illinois: _____  ☐ Licensed private detective, license number: _____
         *County and State*                                                                    *License number*

**FEES:**

Service and Return: $_____  Miles: $_____  Total: $_____

Andrea Lynn Chasteen
Will County Circuit Clerk
Twelfth Judicial Circuit Court
Electronically Filed
2026LA000376
Filed Date: 4/17/2026 11:05 AM
Envelope: 37639789
Clerk: MM

**IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
WILL COUNTY, ILLINOIS**

AARON MCKINNON,                                      )
                                                     )
                    Plaintiff,              )       Case No. 2026LA000376
                                                     )
    v.                                            )
                                                     )
AMAZON WEB SERVICES, INC.,                           )       **JURY DEMANDED**
                                                     )
                    Defendant.              )

## COMPLAINT

NOW COMES Plaintiff, AARON MCKINNON ("Plaintiff"), by and through his attorneys, Valkyrie Law Group, P.C., as and for his Complaint against Defendant, AMAZON WEB SERVICES, INC. ("Defendant," "AWS"), states as follows:

## PARTIES

1.    Plaintiff, AARON MCKINNON, is an individual residing in Naperville, Will County, Illinois.

2.    Defendant, AMAZON WEB SERVICES, INC., is a Delaware corporation with its principal place of business located at 410 Terry Avenue North, Seattle, WA 98109-5210.

## JURISDICTION AND VENUE

3.    This Court has jurisdiction over this matter pursuant to 735 ILCS 5/2-209(1), (2) and (7), due in part to Defendant's violations of the Illinois Human Rights Act, 775 ILCS 5/1-101 et seq., as the claims arise from unlawful employment practices occurring within the State of Illinois.

4.    Venue is proper in Will County, Illinois, as the unlawful acts alleged herein occurred in Will County, and Defendant conducts business in Will County.

<div style="border:1px solid black; display:inline-block; padding:4px;">

**Initial case management set for**
    08/05/2026 **at:** 9:00 **a.m.**
</div>

1

Rm: 903

## FACTUAL BACKGROUND

5. Plaintiff is a member of protected classes based on his race (black), color (black), and sex (male), as defined under 775 ILCS 5/1-102(A).

6. Prior to employment and during the interview process with Defendant, Plaintiff experienced racial discrimination. Namely, during the final interview stage, one of the members of the interview panel, a Hispanic male, asked Plaintiff inappropriate questions that were rooted in racial stereotypes about African Americans, including: 1) "Do you know your dad?"; 2) "What kind of classes did you take at the University of Illinois ("U of I")?"; 3) "Do you have a referral – how did you get into [Amazon] the interview process?"; and 4) "How did you get into U of I?"

7. On May 16, 2022, Plaintiff was employed by AWS as a Senior Partner Sales Manager.

8. At all times relevant to this Complaint, AWS was an "employer" within the meaning of the Illinois Human Rights Act, 775 ILCS 5/2-101(B).

9. During his employment with AWS, Plaintiff was an "employee" within the meaning of the Illinois Human Rights Act, 775 ILCS 5/2-101(A)(1)(a).

10. As a Senior Partner Sales Manager, Plaintiff had significant responsibility and interaction with various teams and management levels, and conducted migration, transaction, record keeping, sales reporting, and standard business practices.

11. Shortly after AWS hired Plaintiff, Senior Partner Sales Leader Elicia Hunter lodged a formal complaint with AWS's Human Resources department regarding AWS's conduct during Plaintiff's interview, specifically highlighting the racially insensitive nature of the questioning.

12. From May 16, 2022 to August 2023, Plaintiff's supervisor was Senior Partner Sales Leader Elicia Hunter.

13. During Plaintiff's employment, Plaintiff performed his job duties in a satisfactory manner and met or exceeded Defendant's legitimate expectations.

14. From June 2023 to February 2, 2024, Plaintiff and other Black employees were subjected to discrimination by Partner Sales Senior Manager Lauren Prager ("Prager").

15. From August 2023 to October 2023, Plaintiff's supervisor was Prager.

16. From October 2023, Plaintiff's supervisor was Partner Sales Leader, Whitney Geller ("Geller").

17. Examples of the discriminatory behavior experienced by Plaintiff and his Black colleagues included:

    a. Prager consistently ignored comments and/or questions from Black team members during team meetings and in Slack conversations, while responding to comments and/or questions from non-Black team members. Team members recognized this behavior to the degree that non-Black team members began commenting and/or asking questions on behalf of Black team members to receive a proper response.

    b. Prager engaged with Black team members in a condescending and hostile manner. She consistently used AWS Leadership Principles to question Plaintiff's intellect and ability which emphasized her belief that he was less capable/competent than his non-Black team members. Team members recognized this behavior and the hostile work experience it created for Black members compared to non-Black team members.

    c. Prager required Plaintiff, Jessica Stewart, and Richard Ainooson to prepare and present a "job functionality overview" to her and Geller when Geller became the team's direct manager to justify their positions at AWS. She did not require non-

3

Black team members to give these same presentations despite some of them having made lower levels of progress towards their institutional goals.

d. Prager singled out Plaintiff via email for failure to "reply all" to an enablement email and characterized Plaintiff as not being a team player, which Geller repeated in the next one-on-one meeting. The email was concerning a diversity training initiative that Plaintiff had already completed.

e. In the team Slack channel, Plaintiff shared a relevant, nationally publicized article that he believed would be beneficial for his team. Lauren Prager immediately questioned the source and implied that the information lacked credibility because it came from Plaintiff. This unnecessary criticism directed at Plaintiff's professional contribution and raised concerns for him and the non-Black team members, who recognized this unfair targeting that they, as non-Black team members, did not experience.

f. Plaintiff made a collective effort to be proactive and take ownership in his role. However, Geller criticized him for responding early and engaging in Slack conversations and suggested that he did not need to be everyone's friend. Non-Black teammates were not subject to criticism for being responsive and/or friendly.

18. On December 6, 2023, Plaintiff contacted Defendant's Human Resources department to report discriminatory behavior towards himself and other Black team members by Prager.

19. On December 6, 2023, Plaintiff contacted Defendant's Human Resources department to report discriminatory behavior towards himself and other Black team members by Geller.

4

20. On December 6, 2023, Plaintiff also reported discriminatory behavior towards himself and other male team members by Prager.

21. On December 6, 2023, Plaintiff also reported discriminatory behavior towards himself and other male team members by Geller.

22. By opposing and making a report of conduct at AWS that he reasonably and in good faith believed to be violative of the Illinois Human Rights Act, Plaintiff engaged in protected activity under the Illinois Human Rights Act.

23. On or about February 2, 2023, Defendant terminated Plaintiff's employment.

24. Defendant's stated reasons for Plaintiff's termination were due to violations of undisclosed ethics rules.

25. On or about July 24, 2024, Plaintiff filed a Charge of Discrimination against AWS with the Illinois Department of Human Rights ("IDHR").

26. On or about February 6, 2026, IDHR rendered a Notice of Substantial Evidence as to Counts G, H, I, J, and K of the Charge of Discrimination.

### COUNT I
### VIOLATION OF THE ILLINOIS HUMAN RIGHTS ACT
### RETALIATION FOR ENGAGING IN A PROTECTED ACTIVITY

27. Plaintiff realleges and reincorporates Paragraphs 1 through 26 of this Complaint as if fully set forth herein.

28. Plaintiff was an employee of Defendant.

29. Plaintiff was able to perform his job duties in a satisfactory manner and met or exceeded Defendant's legitimate expectations.

30. Plaintiff is a member of protected classes based on his race (black), color (black), and sex (male), as defined under 775 ILCS 5/1-102(A)

31. Plaintiff engaged in protected activity under the Illinois Human Rights Act by filing a complaint against Defendant. 775 ILCS 5/6-101(A).

32. Defendant retaliated against Plaintiff by initiating an investigation against him in retaliation for the protected activity of Plaintiff's reporting conduct that Plaintiff reasonably believed to be discriminatory in violation of 775 ILCS 5/6-101.

33. The retaliatory investigation by Defendant directed at Plaintiff was a material change in Plaintiff's working conditions.

34. Defendant's retaliatory investigation ultimately resulted in Defendant's wrongful termination of Plaintiff.

35. As a direct and proximate result of Defendant's conduct, Plaintiff has suffered damages, including but not limited to lost wages, lost employment benefits, actual damages, attorney's fees, and emotional distress.

WHEREFORE, Plaintiff, AARON MCKINNON, respectfully requests that this Honorable Court enter judgment in his favor and against Defendant AMAZON WEB SERVICES, INC., awarding him:

a. Compensatory damages for emotional pain and suffering pursuant to 775 ILCS 5/10-102(C) in an amount in excess of $75,000.01;

b. Punitive damages pursuant to 775 ILCS 5/10-102(C)(1);

c. Reasonable attorney's fees and costs incurred in this action pursuant to 775 ILCS 5/10-102(C)(2);

d. Pre-judgment and post-judgment interest as allowed by law; and

e. Such other and further relief as this Court deems just and equitable.

6

## COUNT II
## DISCHARGE BECAUSE OF PLAINTIFF'S RACE

36. Plaintiff realleges and reincorporates Paragraphs 1 through 26 of this Complaint as if fully set forth herein.

37. Plaintiff at all times relevant to this complaint has been African American with dark complexion.

38. Plaintiff was able to perform his job duties in a satisfactory manner and met or exceeded Defendant's legitimate expectations.

39. Plaintiff is a member of protected classes based on his race as defined under 775 ILCS 5/1-102(A).

40. Defendant discharged Plaintiff because of Plaintiff's race, in violation of 775 ILCS 5/2-102(A).

41. As a direct and proximate result of Defendant's unlawful discrimination, Plaintiff has suffered damages, including but not limited to lost wages, emotional distress, and attorney's fees.

WHEREFORE, Plaintiff, AARON MCKINNON, respectfully requests that this Honorable Court enter judgment in his favor and against Defendant AMAZON WEB SERVICES, INC., awarding him:

 a. Compensatory damages for emotional pain and suffering pursuant to 775 ILCS 5/10-102(C) in an amount in excess of $75,000.01;

 b. Punitive damages pursuant to 775 ILCS 5/10-102(C)(1);

 c. Reasonable attorney's fees and costs incurred in this action pursuant to 775 ILCS 5/10-102(C)(2);

 d. Pre-judgment and post-judgment interest as allowed by law; and

7

e.   Such other and further relief as this Court deems just and equitable.

## COUNT III
## DISCHARGE BECAUSE OF PLAINTIFF'S COLOR

42.   Plaintiff realleges and reincorporates Paragraphs 1 through 26 of this Complaint as if fully set forth herein.

43.   Plaintiff at all times relevant to this Complaint has been a dark complected African American male.

44.   Plaintiff was able to perform his job duties in a satisfactory manner and met or exceeded Defendant's legitimate expectations.

45.   Plaintiff is a member of protected classes based on his color as defined under 775 ILCS 5/1-102(A).

46.   Defendant discharged Plaintiff because of Plaintiff's color, in violation of 775 ILCS 5/2-102(A).

47.   As a direct and proximate result of Defendant's unlawful discrimination, Plaintiff has suffered damages, including but not limited to lost wages, emotional distress, and attorney's fees.

WHEREFORE, Plaintiff, AARON MCKINNON, respectfully requests that this Honorable Court enter judgment in his favor and against Defendant AMAZON WEB SERVICES, INC., awarding him:

a.   Compensatory damages for emotional pain and suffering pursuant to 775 ILCS 5/10-102(C) in an amount in excess of $75,000.01;

b.   Punitive damages pursuant to 775 ILCS 5/10-102(C)(1);

c.   Reasonable attorney's fees and costs incurred in this action pursuant to 775 ILCS 5/10-102(C)(2);

8

d.  Pre-judgment and post-judgment interest as allowed by law; and

e.  Such other and further relief as this Court deems just and equitable.

## COUNT IV
## DISCHARGE BECAUSE OF PLAINTIFF'S SEX

48.  Plaintiff realleges and reincorporates Paragraphs 1 through 26 of this Complaint as if fully set forth herein.

49.  Plaintiff has at all times relevant to this Complaint been male.

50.  Plaintiff was able to perform his job duties in a satisfactory manner and met or exceeded Defendant's legitimate expectations.

51.  Plaintiff is a member of protected classes based on his sex, as defined under 775 ILCS 5/1-102(A).

52.  Defendant discharged Plaintiff because of Plaintiff's sex, in violation of 775 ILCS 5/2-102(A).

53.  As a direct and proximate result of Defendant's unlawful discrimination, Plaintiff has suffered damages, including but not limited to lost wages, emotional distress, and attorney's fees.

WHEREFORE, Plaintiff, AARON MCKINNON, respectfully requests that this Honorable Court enter judgment in his favor and against Defendant AMAZON WEB SERVICES, INC., awarding him:

a.  Compensatory damages for emotional pain and suffering pursuant to 775 ILCS 5/10-102(C) in an amount in excess of $75,000.01;

b.  Punitive damages pursuant to 775 ILCS 5/10-102(C)(1);

c.  Reasonable attorney's fees and costs incurred in this action pursuant to 775 ILCS 5/10-102(C)(2);

9

d.  Pre-judgment and post-judgment interest as allowed by law; and

e.  Such other and further relief as this Court deems just and equitable.

<div align="center"><b><u>COUNT V</u></b>
<b>DISCHARGE IN RETALIATION FOR ENGAGING IN A PROTECTED ACTIVITY</b></div>

54.  Plaintiff realleges and reincorporates Paragraphs 1 through 26 of this Complaint as if fully set forth herein.

55.  Plaintiff was able to perform his job duties in a satisfactory manner and met or exceeded Defendant's legitimate expectations.

56.  Plaintiff engaged in protected activity under the Illinois Human Rights Act by making an internal complaint about conduct he reasonably and in good faith believed to be discriminatory in nature. 775 ILCS 5/6-101.5.

57.  Defendant discharged Plaintiff in retaliation for engaging in the protected activity, in violation of 775 ILCS 5/6-101(A).

58.  As a direct and proximate result of Defendant's unlawful retaliation, Plaintiff has suffered damages, including but not limited to lost wages, emotional distress, and attorney's fees.

WHEREFORE, Plaintiff, AARON MCKINNON, respectfully requests that this Honorable Court enter judgment in his favor and against Defendant AMAZON WEB SERVICES, INC., awarding him:

a.  Compensatory damages for emotional pain and suffering pursuant to 775 ILCS 5/10-102(C) in an amount in excess of $75,000.01;

b.  Punitive damages pursuant to 775 ILCS 5/10-102(C)(1);

c.  Reasonable attorney's fees and costs incurred in this action pursuant to 775 ILCS 5/10-102(C)(2);

d.  Pre-judgment and post-judgment interest as allowed by law; and

<div align="center">10</div>

e.  Such other and further relief as this Court deems just and equitable.

**<u>JURY DEMAND</u>**

Plaintiff respectfully requests a trial by jury on all matters so triable.

Dated this 17th day of April, 2026.

                                        Respectfully submitted,
                                        AARON MCKINNON

                            By:         _____
                                        *One of his attorneys*

Heather L. Blaise
Valkyrie Law Group, P.C.
1 N. State Street, Suite 1500
Chicago, Illinois 60602
T: (312) 448-6602
F: (312) 803-1940
hblaise@valklaw.com
service@valklaw.com
Attorney No. 6298241

11